UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ROSENBALM, | No. C 09-2208 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| EDWARD FOULK; et al., | |
| Defendants. | |

This action is dismissed because the amended complaint fails to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 13, 2010

_____
SUSAN ILLSTON
United States District Judge